IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                    CASE NO. 1:11-cr-00017-MP-GRJ

CHARLES CALVIN FOSTER,

   Defendant.

_____/

**O R D E R**

This cause comes before the Court on defendant's sentencing hearing, held April 4, 2011.  During his sentencing, the defendant attempted to address the Court but was overcome by emotion.  At the end of the hearing the defendant regained his composure and asked the Court to reconsider the sentence just imposed.  The Court granted defendant's request and left the matter open for consideration.

The defendant has waived his right to be present in Court for a ruling on this matter (*see* doc. 46) and the government has no procedural objection.  Accordingly, it is hereby

   ORDERED AND ADJUDGED:

Upon further consideration, it is the judgment of the Court that defendant, Charles Calvin Foster, be committed to the custody of the Bureau of Prisons to be imprisoned for a term of 150 months.

All other terms of his sentence, including the terms of supervised release, shall remain the same as stated in open court.

DONE AND ORDERED this 6th day of April, 2012.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge

CASE NO. 1:11cr17-MP