IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 1:11-cr-00017-MP-GRJ

CHARLES CALVIN FOSTER,

    Defendant.

_____/

## O R D E R

This cause comes before the Court on defendant's letter motion to reduce sentence. (Doc. 50). Defendant's letter merely restates his earlier request for reconsideration made in open court, which the Court granted. Accordingly, it is hereby

ORDERED AND ADJUDGED:

Defendant's letter motion to reduce sentence (doc. 50) is DENIED as moot.

DONE AND ORDERED this 16th day of April, 2012.

          *s/ Stephan P. Mickle*
          Stephan P. Mickle
          Senior United States District Judge